# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

JESSICA MARIE NICHOLS

VERSUS

CAROLYN W. COLVIN

CIVIL ACTION

16-77-SDD-EWD

## RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated July 11, 2017. The Court has also considered the Plaintiff's *Objection*.[3]

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, under sentence four of 42 U.S.C. § 405(g), the final decision of the Acting Commissioner of Social Security, Carolyn W. Colvin, denying the applications for disability insurance benefits filed by Plaintiff, Jessica Nichols, is affirmed and this action is dismissed.

Baton Rouge, Louisiana the 22 day of August, 2017.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 13.
[3] Rec. Doc. 14.